| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| KERR & WAGSTAFFE, LLP<br>100 SPEAR STREET, SUITE 1800<br>SAN FRANCISCO, CA 94105<br>Telephone No: 415.371.8500    FAX No: 415.371.0500 | | |
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: | | |
| United States District Court Eastern District Of California | | |
| Plaintiff: JOHN ERIC PERTH, an individual | | |
| Defendant: LOUIS DAVIS, an individual, et al. | | |

| PROOF OF SERVICE<br>S & C | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV083115JCS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS AND COMPLAINT; CIVIL CASE COVER SHEET; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER RE CASE MANAGEMENT CONFERENCE; PULIC NOTICE

3. a. Party served:      LOUIS DAVIS, an individual
   b. Person served:     party in item 3.a., White, Male, 70 Years Old, Gray Hair, Blue Eyes, 5 Feet 10 Inches, 175 Pounds

4. Address where the party was served:    30332 FLYING O RANCH ROAD
                                          ONEALS, CA 93645

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jul. 17, 2008 (2) at: 8:45AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DENNIS MABRY                                                  d. **The Fee** for Service was:    $79.00
   b. FRESNO LEGAL SERVICES                                         e. I am: (3) registered California process server
      P.O. Box 1792                                                      (i)   Independent Contractor
      FRESNO, CA 93717                                                   (ii)  Registration No.:   S200610000003
   c. 559 268-6344, FAX 559 268-1615                                    (iii) County:             Fresno
                                                                        (iv)  Expiration Date:    Sun, Jan. 29, 2012

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Mon, Jul. 21, 2008

Judicial Council Form POS-010              PROOF OF SERVICE                    (DENNIS MABRY)
Rule 2.150,(a)&(b) Rev January 1, 2007           S & C                                              kw.261572