| *Attorney or Party without Attorney:*<br>KERR & WAGSTAFFE, LLP<br>100 SPEAR STREET, SUITE 1800<br>SAN FRANCISCO, CA 94105<br>Telephone No: 415.371.8500    FAX No: 415.371.0500 | | | | *For Court Use Only* |
|---|---|---|---|---|
| | | *Ref. No. or File No.:* | | |
| *Attorney for:* Plaintiff | | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court Eastern District Of California | | | | |
| *Plaintiff:* JOHN ERIC PERTH, an individual | | | | |
| *Defendant:* LOUIS DAVIS, an individual, et al. | | | | |
| **PROOF OF SERVICE**<br>**S & C** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV083115JCS |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons And Complaint; Civil Case Cover Sheet; Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California; Ecf Registration Information Handout; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order Re Case Management Conference; Pulic Notice

3. a. *Party served:*                          SUE ANN DAVIS, an individual
   b. *Person served:*                        LOUIS DAVIS, OCCUPANT, White, Male, 70 Years Old, Gray Hair, Blue Eyes, 5
                                              Feet 10 Inches, 175 Pounds

4. *Address where the party was served:*      30332 FLYING O RANCH ROAD
                                              ONEALS, CA 93645

5. *I served the party:*
   b. **by substituted service.** On: Thu., Jul. 17, 2008 at: 8:45AM by leaving the copies with or in the presence of:
                                              LOUIS DAVIS, OCCUPANT, White, Male, 70 Years Old, Gray Hair, Blue
                                              Eyes, 5 Feet 10 Inches, 175 Pounds
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Thu., Jul. 17, 2008 from: FRESNO, CA
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. ***Person Who Served Papers:***                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DENNIS MABRY                           d. ***The Fee*** *for Service was:*    $79.00
   **b. FRESNO LEGAL SERVICES**              e. I am: (3) registered California process server
   P.O. Box 1792                                 (i)  Independent Contractor
   FRESNO, CA 93717                              (ii) Registration No.:   S200610000003
   c. 559 268-6344, FAX 559 268-1615             (iii) County:            Fresno
                                                 (iv) Expiration Date:    Sun, Jan. 29, 2012

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Mon, Jul. 21, 2008

   Judicial Council Form POS-010              PROOF OF SERVICE              (DENNIS MABRY)          kw.261574
   Rule 2.150.(a)&(b) Rev January 1, 2007           S & C