1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10
11

JOHN E PERTH

No. C 08-03115 JCS

12

          Plaintiff(s),

**DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

13
14

     v.

LOUIS DAVIS

15
16

          Defendant(s).

_____/

17
18

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

     The undersigned party hereby declines to consent to the assignment of this case to a United

19
20

States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

a United States District Judge.

21
22
23

Dated: August 6, 2008                    Signature_____

Counsel for  Plaintiff
(Plaintiff, Defendant, or indicate "pro se")

24
25
26
27
28