1  MICHAEL VON LOEWENFELDT (178665)
   ADRIAN J. SAWYER (203712)
2  **KERR & WAGSTAFFE LLP**
   100 Spear Street, Suite 1800
3  San Francisco, CA 94105–1528
   Telephone: (415) 371-8500
4  Fax: (415) 371-0500

5  Attorneys for Plaintiff
   JOHN ERIC PERTH

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ERIC PERTH, an individual, | Case No. CV 08 3115 CRB |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |
| v. | |
| LOUIS DAVIS, an individual, and SUE ANN DAVIS, an individual, | |
| Defendants. | |

CASE NO. CV 08 3115 CRB    STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

1    Pursuant to Civil Local Rule 6-1(a), the parties to this action hereby stipulate to extend by
2    two (2) weeks the date by which Defendants Louis Davis and Sue Ann Davis must file a
3    responsive pleading to the Complaint in this action which was served upon Defendants on July
4    17, 2008. A responsive pleading was due by August 6, 2008. With this extension, Defendants
5    have up to and including **August 20, 2008** to file and serve such pleading. This extension of
6    time will not alter or otherwise affect any date or deadline already fixed by order of the Court.
7    IT IS SO STIPULATED.

9    DATED: August 6, 2008          **KERR & WAGSTAFFE LLP**

11                                  By _____
                                    MICHAEL VON LOEWENFELDT
12                                  ADRIAN J. SAWYER

13                                  Attorneys for Plaintiff
                                    JOHN ERIC PERTH

16    DATED: August 7, 2008         **GARGALICANA/GRACEFFA LLP**

17                                  By _____
                                    DEBRA GRACEFFA
18
19                                  Attorneys for Defendants
                                    LOUIS DAVIS and SUE ANN DAVIS

— 1 —

CASE NO. CV 08 3115 CRB    STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT