1  MICHAEL VON LOEWENFELDT (178665)
   ADRIAN J. SAWYER (203712)
2  **KERR & WAGSTAFFE LLP**
   100 Spear Street, Suite 1800
3  San Francisco, CA 94105–1528
   Telephone: (415) 371-8500
4  Fax: (415) 371-0500

5  Attorneys for Plaintiff
   JOHN ERIC PERTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ERIC PERTH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS DAVIS, an individual, and SUE ANN DAVIS, an individual,<br><br>Defendants. | Case No. CV 08 3115 CRB<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

1  Pursuant to Civil Local Rule 6-1(a), the parties to this action hereby stipulate to extend by two (2) weeks the date by which Defendants Louis Davis and Sue Ann Davis must file a responsive pleading to the Complaint in this action which was served upon Defendants on July 17, 2008. A responsive pleading was due by August 6, 2008. With this extension, Defendants have up to and including **August 20, 2008** to file and serve such pleading. This extension of time will not alter or otherwise affect any date or deadline already fixed by order of the Court.

IT IS SO STIPULATED.

DATED: August 6, 2008

KERR & WAGSTAFFE LLP

By _____
MICHAEL VON LOEWENFELDT
ADRIAN J. SAWYER

Attorneys for Plaintiff
JOHN ERIC PERTH

DATED: August 7, 2008

GARGALICANA/GRACEFFA LLP

By _____
DEBRA GRACEFFA

Attorneys for Defendants
LOUIS DAVIS and SUE ANN DAVIS



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-1-

CASE NO. CV 08 3115 CRB    STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT