IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E PERTH, | No. C 08-03115 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| LOUIS DAVIS, | |
| Defendant. | |

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, October 3, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer. The initial case management scheduling order shall remain the same.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: August 8, 2008                                         FOR THE COURT,

                                                                              Richard W. Wieking, Clerk
                                                                              By: _____
                                                                                     Barbara Espinoza
                                                                                     Courtroom Deputy