1  MICHAEL VON LOEWENFELDT (178665)
   ADRIAN J. SAWYER (203712)
2  **KERR & WAGSTAFFE LLP**
   100 Spear Street, Suite 1800
3  San Francisco, CA 94105–1528
   Telephone: (415) 371-8500
4  Fax: (415) 371-0500

5  Attorneys for Plaintiff
   JOHN ERIC PERTH
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 | JOHN ERIC PERTH, an individual,           | Case No. CV 08 3115 CRB
11 | Plaintiff,                                | **SECOND STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**
12 | v.                                        |
13 |                                           |
14 | LOUIS DAVIS, an individual, and SUE ANN DAVIS, an individual, |
15 | Defendants.                               |

CASE NO. CV 08 3115 CRB                              2nd STIP. FOR EXTENSION OF TIME TO RESPOND

1   Pursuant to Civil Local Rule 6-1(a), the parties to this action hereby stipulate to extend by
2   another two (2) weeks the date by which Defendants Louis Davis and Sue Ann Davis must file a
3   responsive pleading to the Complaint in this action which was served upon Defendants on July
4   17, 2008. A responsive pleading was originally due by August 6, 2008. Plaintiff agreed to
5   extend that deadline to August 20, 2008, and the Court approved that extension on August 8,
6   2008.

7   Defendants will not, in fact, be represented by the attorneys who signed the first
8   stipulated extension on their behalf, and are still attempting to retain counsel. Defendants have
9   requested an additional two weeks to retain counsel and respond to the complaint. That would
10  provide defendants with up to and including **September 3, 2008** to file and serve their response.
11  Defendants agree that they will file and serve a response either through counsel or *in propria*
12  *personam* by that date. This second extension of time will not alter or otherwise affect any other
13  date or deadline already fixed by order of the Court.

14  IT IS SO STIPULATED.

16  DATED: August 19, 2008          **KERR & WAGSTAFFE LLP**

18                                  By _____
                                    MICHAEL VON LOEWENFELDT
19                                  ADRIAN J. SAWYER

20                                  Attorneys for Plaintiff
                                    JOHN ERIC PERTH

23  DATED: August ____, 2008        _____
                                    LOUIS DAVIS, *for himself*

25  DATED: August ____, 2008        _____
                                    SUE ANN DAVIS, *for herself*

- 1 -

CASE NO. CV 08 3115 CRB                              2nd STIP. FOR EXTENSION OF TIME TO RESPOND

Pursuant to Civil Local Rule 6-1(a), the parties to this action hereby stipulate to extend by another two (2) weeks the date by which Defendants Louis Davis and Sue Ann Davis must file a responsive pleading to the Complaint in this action which was served upon Defendants on July 17, 2008. A responsive pleading was originally due by August 6, 2008. Plaintiff agreed to extend that deadline to August 20, 2008, and the Court approved that extension on August 8, 2008.

Defendants will not, in fact, be represented by the attorneys who signed the first stipulated extension on their behalf, and are still attempting to retain counsel. Defendants have requested an additional two weeks to retain counsel and respond to the complaint. That would provide defendants with up to and including **September 3, 2008** to file and serve their response. Defendants agree that they will file and serve a response either through counsel or *in propria personam* by that date. This second extension of time will not alter or otherwise affect any other date or deadline already fixed by order of the Court.

IT IS SO STIPULATED.

DATED: August ___, 2008            KERR & WAGSTAFFE LLP

                                   By _____
                                   MICHAEL VON LOEWENFELDT
                                   ADRIAN J. SAWYER

                                   Attorneys for Plaintiff
                                   JOHN ERIC PERTH

DATED: August 19, 2008             _____/s/_____
                                   LOUIS DAVIS, *for himself*

DATED: August 19, 2008             _____/s/_____
                                   SUE ANN DAVIS, *for herself*

KERR
WAGSTAFFE LLP

CASE NO. CV 08 3115 CRB            - 1 -            2nd STIP. FOR EXTENSION OF TIME TO RESPOND

# PROOF OF SERVICE

I, Andrew Hanna, declare that I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kerr & Wagstaffe LLP, 100 Spear Street, Suite 1800, San Francisco, California 94105.

On August 19, 2008, I served the following document(s):

**SECOND STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

on the parties listed below as follows:

Louis Davis
2443 Fillmore St., # 224
San Francisco, CA 94115

Sue Ann Davis
2443 Fillmore St., # 224
San Francisco, CA 94115

☒ **By first class mail** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid and placing the envelope in the firm's daily mail processing center for mailing in the United States mail at San Francisco, California.

☐ **By facsimile machine** (FAX) by personally transmitting a true copy thereof via an electronic facsimile machine.

☐ **By personal service** by causing to be personally delivered a true copy thereof to the address(es) listed herein at the location listed herein.

☐ **By Federal Express** or overnight courier.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 19, 2008, at San Francisco, California.

_Andrew Hanna_

Case No. CV 08 3115 CRB                                                                      PROOF OF SERVICE