MICHAEL VON LOEWENFELDT (178665)
ADRIAN J. SAWYER (203712)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Plaintiff
JOHN ERIC PERTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ERIC PERTH, an individual, | Case No. CV 08 3115 CRB |
| Plaintiff, | **SECOND STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |
| v. | |
| LOUIS DAVIS, an individual, and SUE ANN DAVIS, an individual, | |
| Defendants. | |

     Pursuant to Civil Local Rule 6-1(a), the parties to this action hereby stipulate to extend by another two (2) weeks the date by which Defendants Louis Davis and Sue Ann Davis must file a responsive pleading to the Complaint in this action which was served upon Defendants on July 17, 2008. A responsive pleading was originally due by August 6, 2008. Plaintiff agreed to extend that deadline to August 20, 2008, and the Court approved that extension on August 8, 2008.

     Defendants will not, in fact, be represented by the attorneys who signed the first stipulated extension on their behalf, and are still attempting to retain counsel. Defendants have requested an additional two weeks to retain counsel and respond to the complaint. That would provide defendants with up to and including **September 3, 2008** to file and serve their response. Defendants agree that they will file and serve a response either through counsel or *in propria personam* by that date. This second extension of time will not alter or otherwise affect any other date or deadline already fixed by order of the Court.

     IT IS SO STIPULATED.

DATED: August 19, 2008       **KERR & WAGSTAFFE LLP**

By _____
MICHAEL VON LOEWENFELDT
ADRIAN J. SAWYER

Attorneys for Plaintiff
JOHN ERIC PERTH

DATED: August ____, 2008

_____
LOUIS DAVIS, *for himself*

DATED: August ____, 2008

_____
SUE ANN DAVIS, *for herself*

— 1 —

CASE NO. CV 08 3115 CRB       2nd STIP. FOR EXTENSION OF TIME TO RESPOND

1  Pursuant to Civil Local Rule 6-1(a), the parties to this action hereby stipulate to extend by
2  another two (2) weeks the date by which Defendants Louis Davis and Sue Ann Davis must file a
3  responsive pleading to the Complaint in this action which was served upon Defendants on July
4  17, 2008. A responsive pleading was originally due by August 6, 2008. Plaintiff agreed to
5  extend that deadline to August 20, 2008, and the Court approved that extension on August 8,
6  2008.

7  Defendants will not, in fact, be represented by the attorneys who signed the first
8  stipulated extension on their behalf, and are still attempting to retain counsel. Defendants have
9  requested an additional two weeks to retain counsel and respond to the complaint. That would
10 provide defendants with up to and including **September 3, 2008** to file and serve their response.
11 Defendants agree that they will file and serve a response either through counsel or *in propria*
12 *personam* by that date. This second extension of time will not alter or otherwise affect any other
13 date or deadline already fixed by order of the Court.

14  IT IS SO STIPULATED.

15

16 DATED: August ___, 2008                    KERR & WAGSTAFFE LLP

17

18                                            By _____
19                                            MICHAEL VON LOEWENFELDT
                                              ADRIAN J. SAWYER
20
                                              Attorneys for Plaintiff
21                                            JOHN ERIC PERTH

22
23 DATED: August 19, 2008                    _____
                                              LOUIS DAVIS, *for himself*
24
25 DATED: August 19, 2008                    _____
                                              SUE ANN DAVIS, *for herself*
26
27
28  Signed: 8/21/2008

*IT IS SO ORDERED*
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KERR
&
WAGSTAFFE
LLP

CASE NO. CV 08 3115 CRB                                         2nd STIP. FOR EXTENSION OF TIME TO RESPOND