1  MICHAEL VON LOEWENFELDT (178665)
   ADRIAN J. SAWYER (203712)
2  **KERR & WAGSTAFFE LLP**
   100 Spear Street, Suite 1800
3  San Francisco, CA 94105–1528
   Telephone: (415) 371-8500
4  Fax: (415) 371-0500

5  Attorneys for Plaintiff
   JOHN ERIC PERTH

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ERIC PERTH, an individual, | Case No. CV 08 3115 CRB |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| LOUIS DAVIS, an individual, and SUE ANN DAVIS, an individual, | |
| Defendants. | |

**Case No. CV 08 3115 CRB**　　　　　　　　　　　　　　　　　　　　　　　　　　　**PROOF OF SERVICE**

# PROOF OF SERVICE

I, Andrew Hanna, declare that I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kerr & Wagstaffe LLP, 100 Spear Street, Suite 1800, San Francisco, California 94105.

On September 3, 2008, I served the following document(s):

**THIRD STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

on the parties listed below as follows:

William Jemmott
TAYLOR, GOINS & STALLWORTH LLP.
1330 Broadway Ste 1530
Oakland, CA, 94612

☒ **By first class mail** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid and placing the envelope in the firm's daily mail processing center for mailing in the United States mail at San Francisco, California.

☐ **By facsimile machine** (FAX) by personally transmitting a true copy thereof via an electronic facsimile machine.

☐ **By personal service** by causing to be personally delivered a true copy thereof to the address(es) listed herein at the location listed herein.

☐ **By Federal Express** or overnight courier.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 3, 2008, at San Francisco, California.

                                                    s/
                                                Andrew Hanna

**Case No. CV 08 3115 CRB**                                                                                                     PROOF OF SERVICE