1  MICHAEL VON LOEWENFELDT (178665)
   ADRIAN J. SAWYER (203712)
2  **KERR & WAGSTAFFE LLP**
   100 Spear Street, Suite 1800
3  San Francisco, CA 94105–1528
   Telephone: (415) 371-8500
4  Fax: (415) 371-0500

5  Attorneys for Plaintiff
   JOHN ERIC PERTH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ERIC PERTH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS DAVIS, an individual, and SUE ANN DAVIS, an individual,<br><br>Defendants. | Case No. CV 08 3115 CRB<br><br>**THIRD STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

CASE NO. CV 08 3115 CRB    3rd STIP. FOR EXTENSION OF TIME TO RESPOND

KERR & WAGSTAFFE LLP

1     Pursuant to Civil Local Rule 6-1(a), the parties to this action hereby stipulate to extend by another three court days the date by which Defendants Louis Davis and Sue Ann Davis must file a responsive pleading to the Complaint in this action which was served upon Defendants on July 17, 2008. A responsive pleading was originally due by August 6, 2008. Plaintiff agreed to extend that deadline to August 20, 2008, and the Court approved that extension on August 8, 2008. Plaintiff then agreed to extend that deadline to September 3, 2008, and the Court approved that second extension on August 21, 2008.

    Defendants have now retained Taylor, Goins & Stallworth LLP to represent them in this action. Defense counsel has requested until **September 8, 2008** to respond to the complaint. Plaintiff agrees that this short third extension is appropriate. This third extension of time will not alter or otherwise affect any other date or deadline already fixed by order of the Court.

    IT IS SO STIPULATED.

DATED: Sept. 3, 2008      **KERR & WAGSTAFFE LLP**

By _____
Michael von Loewenfeldt
Adrian J. Sawyer

Attorneys for Plaintiff
JOHN ERIC PERTH

**TAYLOR, GOINS & STALLWORTH LLP**

Dated: Sept 2, 2008

_____
William Jemmott

Attorneys for Defendants
LOUIS DAVIS and SUE ANN DAVIS

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-- 1 --

CASE NO. CV 08 3115 CRB      3rd STIP. FOR EXTENSION OF TIME TO RESPOND