IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ERIC PERTH,<br><br>    Plaintiff,<br><br>  v.<br><br>LOUIS DAVIS and SUE ANN DAVIS,<br><br>    Defendants._____ / | No. C 08-03115 CRB<br><br>**ORDER** |

    Now pending before the Court is the motion of defendant Sue Ann Davis to dismiss the claim for conversion on the ground that plaintiff cannot state a claim as a matter of law. After carefully considering the parties' papers, the Court concludes that oral argument is unnecessary, see Local Rule 7-1(b), and DENIES the motion. The allegation that Ms. Davis and her husband converted $404,876.00 of plaintiff's money to their own use, by, among other things, using it to repay a $400,000.00 construction loan, Complaint ¶ 57, is sufficient to state a claim for conversion.

    The parties are directed to appear for an initial case management conference at 8:30 a.m. on Friday, October 17, 2008.

    **IT IS SO ORDERED.**

Dated: October 14, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\3115\orderredismiss.wpd