1  WILLIAM E. JEMMOTT (SBN 198671)
   4100 Redwood Rd. Ste 338
2  Oakland, CA 94619
3  Telephone:   (510) 569-6203
   Facsimile:   (510) 569-6203
4
   Attorney for Defendants
5  Louis Davis and Sue Anne Davis
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10
11 JOHN ERIC PERTH,                    ) Case No: C08-03115 JCS
12                                     )
                Plaintiff,             ) NOTICE OF SUBSTITUTION OF
13                                     ) ATTORNEY FOR DEFENDANTS SUE
14 vs.                                 ) ANNE DAVIS AND LOUIS DAVIS, AND
                                       ) ORDER THEREON
15 LOUIS DAVIS AND SUE ANNE DAVIS, Et  )
   al.                                 )
16              Defendants.            )
17                                     )
18                                     )
19
20
21 TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION AND THEIR COUNSEL OF
22 RECORD:
23
24
25 Please take notice that Defendants Louis Davis and Sue Anne Davis substitutes their
26 respective counsel of record in this matter.
   //
27 //
28

| | |
|---|---|
| 1 | **Former Counsel:** |
| 2 | Taylor, Goins & Stallworth, LLP 1330 Broadway, Ste 1530, Oakland, CA 94612 |
| 3 | Telephone: (510) 893-9465, including the following attorneys associated with that firm who |
| 4 | have appeared in this action: Vernon Goins (CA Bar No. 195461) |
| 5 | **New Counsel:** |
| 6 | Defendants Louis Davis and Sue Anne Davis's new counsel in this matter, on whom all |
| 7 | notices and papers should be served, is: |
| 8 | William Jemmott (CA Bar N0. 198671), 4100 Redwood Rd, Ste 338, Oakland, CA |
| 9 | 94619, Telephone: (510) 569-6203, Facsimile: (510) 569-6203, email, |
| 10 | William@jemmottlaw.com. |
| 11 | The undersigned consent to the substitution and certify that this substitution will not |
| 12 | delay the proceedings in this matter: |
| 13 | |
| 14 | I consent to this substitution. |
| 15 | |
| 16 | Dated: 1/17/2009 — Sue Anne Davis |
| 17 | I consent to this substitution. |
| 18 | |
| 19 | Dated: 1/17/2009 — Louis Davis |
| 20 | I consent to this substitution. — TAYLOR GOINS & STALLWORTH LLP |
| 21 | 1/26/2009 BY: |
| 22 | |
| 23 | VERNON GOINS |
| 24 | I accept this substitution. — LAW OFFICE OF WILLIAM JEMMOTT |
| 25 | Dated: 1/17/09 BY: |
| 26 | |
| 27 | WILLIAM JEMMOTT |
| 28 | |

1  IT IS SO ORDERED;
2
3
　　　　Signed: January 28, 2009
4



*Judge Charles R. Breyer*