1  WILLIAM E. JEMMOTT (SBN 198671)
   4100 Redwood Rd. Ste 338
2  Oakland, CA 94619
3  Telephone:    (510) 569-6203
   Facsimile:    (510) 569-6203
4
5  Attorney for Defendants
   Louis Davis and Sue Anne Davis

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JOHN ERIC PERTH, | ) Case No: 3: 8-CV 3115 |
|  | ) |
|  | ) STIPULATION REQUESTING |
| Plaintiff, | ) CONTINUANCE OF HEARING DATE |
|  | ) AND ORDER THEREON |
| vs. | ) |
|  | ) |
| LOUIS DAVIS AND SUE ANNE DAVIS, Et al. | ) |
|  | ) |
| Defendants. | ) |

The parties to the above captioned matter, by and through their respective undersigned counsel stipulate and agree as follows:

1. Defendants filed a motion pursuant to FRCP 36, for an order permitting defendant to withdraw deemed admitted admission. Defendant scheduled a hearing on the motion for April 21, 2009.

2. The court issued an order continuing the motion to April 28, 2009.

3.   From April 25, 2009 to May 1, 2009 counsel for defendants, William Jemmott will be in Florida.  The purpose of this trip is to visit is 82 year old mother and his 85 year old step father, whom he has known for 38 years,  His step father is in failing health it is likely this may be the last time he sees his step father.  He is also taking is wife and 3 year old son to visit.

4.   This trip was planned for several months.   All travel arrangements have been paid.

5.   The parties request the court continue the motion to May 5, 2009.

It is so stipulated.

Dated: March 26, 2009    KERR & WAGSTAFFE

BY:

_____/S/_____

ADRIAN SAWYER

Attorneys for Plaintiff

Dated: March 26, 2009    LAW OFFICE OF WILLIAM JEMMOTT

BY:

_____/S/_____

WILLIAM JEMMOTT

Attorney for Defendants

IT IS SO ORDERED
Judge Elizabeth D. Laporte
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA